**FORM B9F** (Corporation/Partnership)(3/12/14)

# UNITED STATES BANKRUPTCY COURT
## District of Oregon

## Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, and Deadlines

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

December 12, 2014

Clerk, U.S. Bankruptcy Court

BY DEPUTY

A chapter 11 bankruptcy case concerning the debtor(s) named below was **FILED ON 12/11/14**. You may be a creditor of the debtor(s). **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. Case documents may be viewed online or at the clerk's office, or requested through the mail.

**SEE REVERSE SIDE FOR IMPORTANT EXPLANATIONS**

Debtor(s) (name(s) and address):

**Evergreen Vintage Aircraft, Inc.**

1271 NE Hwy 99W, PMB 502
McMinnville, OR 97128

Case Number: **14–36770–rld11**

Last four digits of Social–Security or Individual Taxpayer–ID(ITIN) No(s)./Complete EIN:
93–1265173

Debtor(s) Attorney:
NICHOLAS J HENDERSON
117 SW Taylor St #200
Portland, OR 97204
Telephone No.: (503) 417–0508

Trustee: None

### Meeting of Creditors
**1/13/15** at **01:30 PM** in **US Trustee's Office, 620 SW Main St Rm 223, Portland, OR 97205**

### Deadline to File a Proof of Claim
**4/13/15** for all creditors, except for governmental units for which a later deadline may apply; see Fed. Rule Bankr. Proc. 3002(c)(1). *Please file proof of claim electronically at* www.orb.uscourts.gov. *No ECF login/password is required.*

### Deadline to File a Complaint to Determine Dischargeability of Certain Debts:
3/16/15

### Creditors May Not Take Certain Actions
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor(s) and the debtor(s)' property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor(s) can request the Court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Creditor with a Foreign Address
Please read the information under "Claims" on the reverse side.

# EXPLANATIONS

| | |
|---|---|
| **Filing of Chapter 11 Bankruptcy Case** | A bankruptcy case under chapter 11 of the Bankruptcy Code (Title 11, United States Code) has been filed in this Court by or against the debtor named in this notice, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the Bankruptcy Court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| **Creditors May Not Take Certain Actions** | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor(s) by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor(s); repossessing the debtor(s)' property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor(s) can request the Court to extend or impose a stay. |
| **Meeting of Creditors** | The meeting of creditors is scheduled for the date, time and location listed in this notice. **The debtor's representative, as specified in Bankruptcy Rule 9001(5), must be present at the meeting to be questioned under oath by the trustee and by creditors or this case may be dismissed.** Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice.<br><br>The Court, after notice and a hearing, may order that the United States Trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. **Photo ID is required**. |
| **Claims** | A Proof of Claim is a signed statement describing a creditor's claim. You may view the schedules that have been or will be filed. If your claim is scheduled and is *not* listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you file a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent or unliquidated, then you must file a Proof of Claim with the Court by the "Deadline to File a Proof of Claim" listed in this notice, or you might not be paid any money on your claim against the debtor in the bankruptcy case and may be unable to vote on a plan. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the Bankruptcy Court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. If you wish to file a Proof of Claim, file electronically at www.orb.uscourts.gov. No ECF login/password is required. **Filing deadline for a creditor with a foreign address:** The deadlines for filing claims set forth in this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the Court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| **Discharge of Debts** | Confirmation of the chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code §1141(d). A discharge means you may never try to collect the debt from the debtor except as provided in the plan. If you believe a debt owed to you is not dischargeable under Bankruptcy Code §1141(d)(6)(A), you must start a lawsuit by filing a complaint with the Court by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed in this notice. The bankruptcy clerk's office must receive the complaint and required filing fee by that Deadline. |
| **Bankruptcy Clerk's Office (Document Filing, Viewing and Copies)** | Any paper document that you file in this case must be filed at the bankruptcy clerk's office at:<br><br>U.S. Bankruptcy Court     Phone: 503–326–1500     Office Hours: 9:00AM–4:30PM<br>1001 SW 5th Ave #700<br>Portland, OR 97204<br>*(**Important Note**: The meeting of creditors is **not** held at this address.)*<br><br>You may view or obtain filed documents, including the list of the debtor's property and debts and the list of the property claimed as exempt, as follows:<br>1. Online by obtaining a PACER account at www.pacer.gov.<br>2. In person at the clerk's office.<br>3. Via mail by submitting a written request with the applicable search and copy fees and a self–addressed, stamped envelope. |
| **Court Information and Legal Advice** | Court information is available at **www.orb.uscourts.gov**. For account numbers, etc. contact the debtor's attorney. Contact your own attorney with other questions and to protect your rights. The clerk's office staff is forbidden by law from giving legal advice. |
| **Creditor with a Foreign Address** | Consult a lawyer familiar with United States bankruptcy law if you have questions about your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––